## CLOUD v. DAVIS.

Court of Common Pleas. New Castle. May, 1794.

*Bayard's Notebook, 70.*

[PER] CURIAM. Nothing less than an express agreement to waive notice can dispense with it. In every step of adversary proceedings, justice requires that notice should be given where the transaction is open to dispute. It struck us at first that notice should have been given, though we wished to know from the bar if the practice had been different.

Deposition rejected.

*Bedford* for plaintiff. *Bayard* [for] defendant.